SCOTT E. BRADFORD, OSB #062824
United States Attorney
District of Oregon
**SCOTT M. KERIN, OSB # 965128**
Assistant United States Attorney
Scott.Kerin@usdoj.gov
1000 S.W. Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **3:24-cr-00242-SI-02** |
| **v.** | **GOVERNMENT'S CONCURRENCE IN DEFENDANT'S REQUEST TO WAIVE ARRAIGNMENT AND SET MATTER FOR TRIAL** |
| **MAUDE A. MELTON,** | |
| **Defendant.** | |

The government has reviewed defendant's request to waive a formal arraignment in the District of Oregon and schedule this matter for trial.

The government concurs in the request and anticipates that a jury trial will last four days.

Dated: May 29, 2026.

Respectfully submitted,

SCOTT E. BRADFORD
United States Attorney

/s/ *Scott Kerin*

SCOTT M. KERIN, OSB # 965128
Assistant United States Attorney